Jennifer Leone Ferris, Esq., State Bar No. 7790
Dean Jason Ferris, Esq., State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
Direct Dial: (702) 321-3717
Office Phone: (702) 367-8899
Fax: (702) 384-8899
JLF@LuhLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| E.C., a minor, by and through her parents and natural guardians, ELIZABETH CLOUDMAN and WILLIAM LENTZ,<br><br>Plaintiff,<br><br>v.<br><br>ODYSSEY CHARTER SCHOOL, AND STATE PUBLIC CHARTER SCHOOL AUTHORITY,<br><br>Defendants. | CASE NO. 2:26-CV-02236-BNW |

**STIPULATION AND PROPOSED SCHEDULING ORDER FOR JUDICIAL REVIEW**

Plaintiff and Defendants, through counsel, respectfully request entry of the following schedule under LR 16-1(c)(1) for judicial review of the State Review Officer's April 23, 2026, decision. The parties request that this submission satisfy the October 31, 2026, Discovery Plan/Scheduling Order deadline reflected in the docket entry for ECF No. 13.

Pursuant to this Court's Minute Order ECF No. 17, the parties acknowledge this Stipulation is untimely and explain that the delay in submission is due to the fact that this is not a typical civil matter. This document is the product of a back and forth discussion between the

parties on the scope of a judicial review matter. The parties have in good faith attempted to move this case forward without delay.

## I. Nature and scope of review

The First Amended Complaint seeks review under 20 U.S.C. § 1415(i)(2) of the State Review Officer's dismissal of Plaintiff's administrative appeal as untimely under NAC 388.315. Plaintiff requests that the Court declare the appeal timely, vacate the dismissal, and remand for administrative review on the merits. Defendants oppose that relief. The substantive merits of the underlying FAPE claims are not presented for decision in this action.

## II. Administrative record

Pursuant to 20 U.S.C. § 1415(i)(2)(C)(i), the Court is required to receive the records of the underlying administrative proceedings. The Nevada Department of Education ("NDE") has advised Plaintiff's counsel that it will provide the certified administrative record in compliance with a judicial order. Accordingly, the parties stipulate and jointly request that the Court enter the proposed Order Directing Production of Certified Administrative Record submitted herewith, which follows this stipulation and proposed scheduling order.

The proposed order directs NDE to provide the complete certified administrative record to all counsel identified on the stipulation within thirty (30) days after service of that order upon NDE. Plaintiff shall serve the entered production order upon NDE within seven (7) days after entry and promptly file proof of service.

Upon receipt, counsel shall confer regarding the record's completeness, organization, pagination, and filing. Plaintiff shall file the certified administrative record within fourteen (14) days after receipt of NDE's production, subject to any further order of the Court. Plaintiff shall

comply with applicable privacy and redaction requirements and, if necessary, seek leave to file confidential portions under seal. This Order does not itself authorize filing under seal.

**III. Record disputes**

Any request to correct or complete the administrative record, receive additional evidence under 20 U.S.C. § 1415(i)(2)(C)(ii) shall be filed within fourteen (14) days after the administrative record is filed, following a conference of counsel. An agreed request may be submitted by stipulation; any unresolved request shall identify the disputed materials, the grounds for relief, and any requested adjustment of the schedule. Responses and replies shall follow the applicable local rules unless otherwise ordered.

No discovery is necessary in this case regarding a petition for judicial review.

**IV. Briefing schedule**

The parties request the following briefing schedule for judicial review of the SRO decision:

Plaintiff's opening brief: due thirty (30) days after the filing of the certified administrative record. If a timely request under Section III is filed, the opening brief shall instead be due thirty (30) days after entry of the order resolving the last such request or completion and filing of any record supplementation, additional evidence, or limited discovery authorized by the Court, whichever occurs later, unless otherwise ordered.

Defendants' joint answering brief: due thirty (30) days after the filing of Plaintiff's opening brief.

Plaintiff's reply brief: due fourteen (14) days after the filing of Defendants' joint answering brief.

The opening and answering briefs shall not exceed 24 pages each, and the reply shall not exceed 12 pages, excluding exhibits. Each brief shall cite the consecutively numbered administrative record. Requests for oral argument may be included in the briefs; argument will be held only if ordered by the Court.

**V. Other scheduling matters**

Initial disclosures, amendment and expert deadlines, a discovery cutoff, and a joint pretrial order shall be deferred unless the Court determines they are necessary to resolve this action. All claims, defenses, objections, and positions concerning the proper scope and standard of review remain reserved. Except for the adjustment expressly provided in Section IV, any modification of this schedule requires Court approval under the applicable rules.

IT IS SO STIPULATED.

DATED the 2nd day of November, 2026

LUH & ASSOCIATES

Jennifer Leone Ferris, Esq., (SBN No. 7790)
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
JLF@LuhLaw.com
*Attorney for Plaintiff*

DATED the 4th day of November, 2026

GARIN LAW GROUP

Angela N. Ochoa, Esq., (SBN 10164)
aochoa@garinlawgroup.com
*Attorney for Defendant Odyssey Charter School*

DATED the 4th day of November, 2026

Samantha King Powell, Esq., (SNB 15761)
samanthaking@spcsa.nv.gov
*Attorney for Defendant State Public Charter School Authority*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 5, 2026