Jennifer Leone Ferris, Esq., State Bar No. 7790
Dean Jason Ferris, Esq., State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
Direct Dial: (702) 321-3717
Office Phone: (702) 367-8899
Fax: (702) 384-8899
JLF@LuhLaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| E.C., a minor, by and through her parents and natural guardians, ELIZABETH CLOUDMAN and WILLIAM LENTZ,<br><br>Plaintiff,<br><br>v.<br><br>ODYSSEY CHARTER SCHOOL,<br><br>Defendant. | CASE NO. 2:26-CV-02236-BNW |

**ORDER DIRECTING PRODUCTION OF CERTIFIED ADMINISTRATIVE RECORD**

Upon consideration of the parties' request for production of the certified administrative record in this action seeking judicial review under 20 U.S.C. § 1415(i)(2), and good cause appearing,

**IT IS HEREBY ORDERED:**

The Nevada Department of Education ("NDE"), as custodian of the administrative proceedings at issue, is directed to prepare and produce a complete, certified copy of the administrative record relating to E.C.'s IDEA due process proceeding and subsequent state-level

administrative appeal, including the proceedings culminating in the Independent Hearing Officer's February 27, 2026 decision and the State Review Officer's April 23, 2026 decision.

The certified record shall include, to the extent maintained by NDE as part of those proceedings, the pleadings and submissions, notices, motions and responses, hearing exhibits and exhibit lists, hearing transcripts or recordings, written decisions, the Notice of Appeal and its transmitting email, correspondence and acknowledgments concerning receipt or filing of the appeal, timeliness-related submissions, the State Review Officer's exhibit list and listed exhibits (including attachments), and other materials considered by the administrative decisionmakers.

NDE shall provide the certified administrative record to counsel for the parties within thirty (30) days after service of this Order upon NDE, unless otherwise ordered by the Court. Production may be made by a secure electronic transfer reasonably accessible to counsel. NDE shall include a certification of the record and, if available, an index identifying its contents.

Within seven (7) days after entry of this Order, Plaintiff's counsel shall serve a copy upon NDE and provide NDE with the contact information for counsel of record for delivery of the certified record. Plaintiff shall promptly file proof of service.

Counsel shall confer promptly upon receipt concerning completeness, organization, pagination, and appropriate filing procedures. The parties shall comply with Federal Rule of Civil Procedure 5.2 and applicable Court rules and orders governing the protection of confidential student information. Nothing in this Order authorizes public filing of unredacted protected information.

/ / /

/ / /

/ / /

/ / /

This Order concerns production of the administrative record only. It does not resolve any dispute concerning the scope of judicial review, admission of additional evidence, or the merits of the underlying IDEA claims.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 5, 2026